| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT | Hearing Date 06/14/2011 |
| EASTERN DISTRICT OF NEW YORK | |

---------------------------x
IN RE:
JACOB & FEIGIE MORGENSTERN               Index No. 11-42620 (JF)
                                                                          Chapter 7

_____x

## AFFIRMATION IN OPPOSITION TO DISMISS

Jacob and Feigie Morgenstern, affirm under the penalties of perjury as follows:

1. I am the debtor in the above captioned case. I make this affirmation in opposition to dismiss the Chapter 7 case.

2  I filed this Chapter 7 petition on March 30, 2011.  I dutifully attended ONE 341 meeting.  I did not attend the second 341 meeting held on June 14, 2011 because it was not posted on the Court calendar, thus, my attorney could not notify me of this meeting.

3.  I urge this Court to allow my Chapter 7 to go forward and allow me to clear my debts.  I expect to attend the make-up 341 date on July 19 at 10 a.m.

WHEREFORE, Debtor respectfully requests that the application be denied.

Dated:  June 20, 2011                              ____/s/ Jacob Morgenstern
                                                                  Jacob Morgenstern

                                                                  ____/s/ Feigie Morgenstern
                                                                  Feigie Morgenstern

Affirmed to before me June 20, 2011
_____/s/_____
Notary

### CERTIFICATE OF SERVICE

I, Joshua N. Bleichman, affirm under the penalties of perjury that I am not a party to this action and I am over the age of 18 years old.  I have offices at 268 Route 59, Spring Valley, NY 10977. I served the within Affirmation in Opposition on June 20, 2011 by ECF to:

Robert L Geltzer
1556 Third Avenue
New York, NY 10128
_____/s/_____
Joshua N. Bleichman